RANDY S. GROSSMAN
Acting United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REYES ESPINOZA, et. al.<br><br>Defendants. | Case No. 21-cr-01559-H<br><br>**UNITED STATES' MOTION TO UNSEAL INDICTMENTS AND ARREST WARRANTS** |

The United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, hereby moves that the above-captioned indictment and arrest warrant be unsealed as to all defendants.

DATED: June 29, 2021         Respectfully Submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*Matthew Sutton*
MATTHEW J. SUTTON
Assistant U.S. Attorney

**FILED**
JUN 29 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY